*1121-14* *1122-14*

No. PD -1121-14

No. PD-1122-14

ORIGINAL

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

MARCUS LEE JEFFERSON

*Appellant*

v.

THE STATE OF TEXAS

*Appellee*

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 0 2 2015

Abel Acosta, Clerk

Trial Court 180th Cause Numbers 1321017 & 1359031

Court of Appeals Numbers 01-12-01075-CR & 01-12-01076-CR

# A PETITION FOR DISCRETIONARY REVIEW FOR APPELLANT

FILED IN
COURT OF CRIMINAL APPEALS

APR 0 2 2015

Abel Acosta, Clerk

MARCUS LEE JEFFERSON

**APPELLANT**

19822 River Breeze Dr.

Tomball, TX. 77375

Phone: (281) 773-1448

# TABLE OF CONTENTS

TABLE OF CONTENTS...........................................................................2

INDEX OF AUTHORITIES...............................................................3

STATEMENT REGARDING ORAL
ARGRUMENT.....................................................................................4

STATEMENT OF THE CASE............................................................4

STATEMENT OF PROCEDURAL
HISTORY...........................................................................................5

GROUNDS FOR REVIEW................................................................5

ARGUMENT........................................................................................6

PRAYER FOR RELIEF.......................................................................7

# INDEX OF AUTHORITIES

**Statutes**

Tex. Pen. Code §71.02 ................................................4

Tex. Pen. Code §32.45................................................4

**Constitutional Provisions**

U. S. Const. Amend V............................................... 6

U. S. Const. Amend XIV............................................. 6

## STATEMENT REGARDING ORAL ARGUMENT

Oral argument has been waived.

## STATEMENT OF THE CASE

Mr. Jefferson was charged with engaging in organized crime and Misapplication of fiduciary duty (1 C.R. 1 at 2) (2 C.R. at 2). See Tex. Pen. Code §71.02 & §32.45. Mr. Jefferson entered pleas of "not guilty" (3 R.R. at 19-20). After a trial, a jury found Mr. Jefferson guilty as charged and sentenced him to (10) years community supervision for engaging in organized crime and (6) years confinement in the Texas Department of Corrections – Institutional Division for misapplication of fiduciary property (1 C.R. 3 at 456) (2 C.R. at 162). A motion for a new trial was filed but not presented (1 C.R. 3 at 515) (2 C.R. at 210).

## STATEMENT OF PROCEDURAL HISTORY

Opinion issued August 14, 2014

Motion for rehearing was filed on August 22, 2014

Motion was disposed of N/A

## GROUNDS FOR REVIEW

The review in these cases are necessary due to a case of double jeopardy (5th amendment) and prosecutorial misconduct. Also, to show how the court of appeals departed from a usual course of judicial proceedings that involved the lower courts.

## ARGUMENT

APPELANT BELIEVES THAT THE REVIEW IN THIS CASE IS NECESSARY DUE TO PROSECUTORIAL MISCONDUCT. THE PROSECUTORS IN THIS CASE ACTED IN AN INAPPROPRIATE AND UNFAIR MANNER BY KNOWINGLY PERMITTING FALSE TESTIMONY. ASLO, ADDING ADDITIONAL CHAREGES BEFORE TRAIL QUESTIONING (DOUBLE JEPORODY) AND VIOLATING MR. JEFFERSON'S 5TH AND 14TH AMENDMENT RIGHTS.

ALSO, IN QUESTION IS THE APPEALS COURT HANDLING OF THE CONFLICT OF INTERST WITH COURT APPOINTED APPEAL ATTORNEY AND PREVIOUS TRAIL ATTORNEY.

## PRAYER

When hard pressed, I cried to the Lord; he brought me into a spacious place. The Lord is with me. He is my helper. For the reasons stated above, the undersigned prays that his conviction and sentence continues to be reviewed.

Respectfully submitted,

Marcus Lee Jefferson

Appellant

19822 River Breeze Dr.

Tomball, Texas 77375

Phone: 281-773-1448

7

Opinion issued August 14, 2014.



In The

# Court of Appeals

For The

# First District of Texas

———————————

NOS. 01-12-01075-CR & 01-12-01076-CR

———————————

## MARCUS LEE JEFFERSON, Appellant

V.

## THE STATE OF TEXAS, Appellee

———————————

On Appeal from the 180th District Court
Harris County, Texas
Trial Court Cause Nos. 1321017 & 1359031

———————————

## MEMORANDUM OPINION

A jury found appellant, Marcus Lee Jefferson, guilty of the offenses of the

misapplication of fiduciary property and engaging in organized criminal activity,

specifically theft. *See* TEX. PENAL CODE ANN. §§ 31.03(a), 32.45(b), 71.02(a)(1) (West 2011). The jury then sentenced Jefferson to 6 years in prison for the misapplication of fiduciary property. For engaging in organized criminal activity, the jury sentenced Jefferson to 10 years in prison, but recommended that the trial court suspend the sentence and place Jefferson on community supervision for 10 years, and it imposed a $5,000 fine. *See id.* §§ 12.32, 31.03(e)(7), 32.45(c)(7) (West 2011). Appellant timely filed a notice of appeal.

Appellant's appointed counsel on appeal has filed a motion to withdraw, along with a brief stating that the record presents no reversible error and the appeal is without merit and is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).

Counsel's brief meets the *Anders* requirements by presenting a professional evaluation of the record and supplying us with references to the record and legal authority. *See id.* at 744, 87 S. Ct. at 1400; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978). Counsel indicates that he has thoroughly reviewed the record and is unable to advance any grounds of error that warrant reversal. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *Mitchell v. State*, 193 S.W.3d 153, 155 (Tex. App.—Houston [1st Dist.] 2006, no pet.).

In his pro se response to the *Anders* brief, Jefferson contends that (1) the trial court improperly denied his motions to suppress; and (2) the State committed prosecutorial misconduct.

After independently reviewing the entire record in this appeal, we conclude that no reversible error exists in the record, there are no arguable grounds for review, and the appeal is frivolous. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400 (emphasizing that reviewing court—and not counsel—determines, after full examination of proceedings, whether appeal is wholly frivolous); *Garner v. State*, 300 S.W.3d 763, 767 (Tex. Crim. App. 2009) (holding that reviewing court must determine whether arguable grounds for review exist); *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (same); *Mitchell*, 193 S.W.3d at 155 (holding that reviewing court determines whether arguable grounds exist by reviewing entire record). We note that an appellant may challenge a holding that there are no arguable grounds for appeal by filing a petition for discretionary review in the Texas Court of Criminal Appeals. *See Bledsoe*, 178 S.W.3d at 827 & n.6.

We affirm the judgment of the trial court and grant counsel's motion to withdraw.[1]  Attorney Angela Cameron must immediately send appellant the required notice and file a copy of the notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c).

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish. *See* TEX. R. APP. P. 47.2(b).

---

[1]  Appointed counsel still has a duty to inform appellant of the result of this appeal and that he may, on his own, pursue discretionary review in the Texas Court of Criminal Appeals. *See Ex parte Wilson*, 956 S.W.2d 25, 27 (Tex. Crim. App. 1997).